**No. 43176.**—Protests 287653–G, etc., of Gorra Bros. (New York).

Opinion by TILSON, J. Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) and filet lace like that the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430.

**No. 43177.**—Protests 179335–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of embroidered articles in part of lace, braid, braid or trimming, similar to the merchandise involved in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533. T. D. 41397). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43178.**—Protests 567582–G, etc., of P. C. Kuyper & Co. et al. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is similar to that the subject of *United States* v. *Gavin* (23 C. C. P. A. 288, T. D. 48164). The claim at 50 percent under paragraph 909 was therefore sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 5, 1940

**No. 43179.**—Protests 9403–K, etc., of Fownes Bros. & Co., Inc. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229) the white doeskin leather in question was held dutiable as chamois leather at 20 percent under paragraph 1530 (c) and the French Trade Agreement as claimed.

**No. 43180.**—Protests 939464–G, etc., of Bacmo Postman Corp. et al. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229) the white doeskin leather in question was held dutiable as chamois leather at 20 percent under paragraph 1530 (c) and the French Trade Agreement as claimed.

**No. 43181.**—Protests 979771–G, etc., of Louis Meyers & Son, Inc. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229) the white doeskin leather in question was held dutiable as chamois leather at 20 percent under paragraph 1530 (c) and the French Trade Agreement as claimed.

**No. 43182.**—Protests 987418–G, etc., of F. O. Merz & Co. (New York).